IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC., IVC FILTERS       Case No. 1:14-ml-2570-RLY-TAB
MARKETING, SALES PRACTICES AND               MDL No. 2570
PRODUCTS LIABILITY LITIGATION

_____

This Document Relates to:

All Plaintiffs identified in Exhibit A attached

_____

## ORDER

On March 12, 2024, the Court ordered Lawana S. Wichmann of OnderLaw, LLC to

withdraw her appearances from Case Nos. 1:23-cv-07027-RLY-TAB, 1:23-cv-07053-RLY-TAB

and 1:22-cv-02111-RLY-TAB.  [Filing No. 25358.]  Ms. Wichmann has yet to move to

withdraw from these cases.

As stated in the Court's March 12, 2024, order, Lawana S. Wichmann and Jennifer

Cummins are listed as attorneys of record for the plaintiffs in 1:23-cv-07027-RLY-TAB and

1:23-cv-07053-RLY-TAB, and Lawana S. Wichmann and George Andre Fields are listed as

attorneys of record for the plaintiff in 1:22-cv-02111-RLY-TAB.  Pursuant to Local Rule 83-

7(c), "When one attorney seeks to replace another attorney **from the same firm**, agency,

organization, or office as counsel of record on behalf of a party, a Notice of Substitution of

Counsel may be filed in lieu of an appearance and motion to withdraw. …"  Ms. Wichmann and

Ms. Cummins are attorneys from different law firms.  Similarly, Ms. Wichmann and Mr. Fields

are also from different law firms.

The Court has given Ms. Wichmann ample time to file her motions to withdraw as

counsel in these cases.  Therefore, the Court will allow Jennifer Cummins to be substituted as

counsel for the plaintiffs in 1:23-cv-07027-RLY-TAB and 1:23-cv-07053-RLY-TAB, and

George Andre Fields to be substituted as counsel for the plaintiff in 1:22-cv-02111-RLY-TAB.

IT IS THEREFORE ORDERED that Plaintiffs' motion to withdraw Lawana S.

Wichmann of OnderLaw, LLC as counsel is hereby granted.  [Filing No. 25323].  The Court

shall withdraw Ms. Wichmann's appearance in the cases listed at Exhibit A.

Date: 9/27/2024

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system